UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICIA A ROBINSON | CIVIL ACTION NO. 22-cv-6136 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CITY OF PINEVILLE ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, having thoroughly reviewed the record, and noting the lack of objection, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss filed by Defendants, Officer Elizabeth Cameron ("Cameron"), Officer Codiak Thompson ("Thompson"), and the City of Pineville ("Pineville") [Doc. No. 6] is **GRANTED IN PART AND DENIED IN PART.**

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 6] is **GRANTED** because the official capacity claims against Cameron and Thompson are duplicative of those against the City of Pineville. Therefore, the official capacity claims are hereby **DISMISSED.**

Because Robinson states a plausible excessive force claim that was not addressed by Defendants' Motion to Dismiss, and it is unclear whether the federal claims are barred by *Heck*,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 6] is **DENIED IN PART** as to all other claims.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 18th day of September 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE